# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BYRON MELENDEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-102-S-BK |
| | § | |
| DJJRN, INC. d/b/a ZENNA RESTAURANT | § § § | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Plaintiff's Motion for Final Default Judgment Pursuant to 29 U.S.C. § 216(B) as to DJJRN, Inc. d/b/a Zenna Restaurant for Claims, Fees, and Costs*, Doc. 14, is **GRANTED**.

**SO ORDERED.**

SIGNED December 30, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE